# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GREAT MIDWEST INSURANCE COMPANY,** | : |
| **Plaintiff,** | : |
| vs. | : CA 09-0818-CG-C |
| **MANNING INC., et al.,** | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 4, 2010, is **ADOPTED** as the opinion of this court.

Plaintiff's motion for leave to amend its complaint (Doc. 13) is hereby **GRANTED**; therefore, defendant's motion to dismiss (Doc. 11) is **MOOT**.

**DONE and ORDERED** this 19th day of March , 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE